UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Troy Delano McRae,

    Plaintiff,

v.

Lt. Lendsey, *et al.*,

    Defendants.

Case No. 2:21-cv-4752

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On March 13, 2023, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion for summary judgment without prejudice. R&R, ECF No. 34. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 4–5.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED,** and Plaintiff's motion for summary judgment is **DENIED WITHOUT PREJUDICE**.

The Clerk shall terminate ECF Nos. 31 and 34.

**IT IS SO ORDERED.**

                                        /s/ Michael H. Watson
                                        MICHAEL H. WATSON, JUDGE
                                        UNITED STATES DISTRICT COURT