UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Troy Delano McRae,

    Plaintiff,

    v.

Lt. Lendsey, *et al.*,

    Defendants.

Case No. 2:21-cv-4752

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion for summary judgment and grant Lieutenant Lendsey's (the only remaining Defendant's) motion for summary judgment in this *pro se*, prisoner civil rights case. R&R, ECF No. 39. Specifically, the R&R concluded that Plaintiff failed to exhaust his administrative remedies. It concluded in the alternative that Plaintiff failed to raise a genuine dispute of material fact on the merits of his claims and that Lieutenant Lendsey was therefore entitled to qualified immunity on both claims. *Id.* The R&R recommended dismissing the claims with prejudice due to their failure on the merits. *Id.* Finally, the R&R notified Plaintiff of his right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.*

The deadline for objecting to the R&R has passed, and Plaintiff failed to timely file objections. Accordingly, the Court **ADOPTS** the R&R without

performing a de novo review.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment for Lieutenant Lendsey and terminate this case.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**