# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Troy Delano McRae,

      vs.                      Case No. 2:21-cv-4752

Lt. Lendsey, *et al.*,                  **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 28, 2023 Order - The Report and Recommendation is ADOPTED; Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Date: **August 28, 2023**        **Richard Nagel, Clerk**

                                              s/ Jennifer Kacsor

                                          By Jennifer Kacsor/Courtroom Deputy